UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL GORDON                                              CIVIL ACTION

VERSUS                                                     NO. 21-2234

DARRYL VANNOY                                              SECTION M (2)

## ORDER

Having considered the petition, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection, the Court hereby approves the R&R and adopts it as its opinion in this matter with one correction: the date of page 4, line 6 of the R&R should read "September 11, 2014," not "September 11, 2024." Therefore,

**IT IS ORDERED** that Daniel Gordon's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 1st day of March, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 22.